# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

**IN RE: SAMUEL COLON**                         **CASE NO.: 17-11149**

       **DEBTOR**                                            **CHAPTER 13**

## MOTION TO INCUR DEBT

NOW INTO COURT through undersigned counsel comes the debtor, who respectfully represents as follows:

1.

The debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code. The debtor's plan has been confirmed.

2.

Debtor is seeking a cash-out refinance of his residential mortgage for purposes of paying off the balance of his Chapter 13 plan in a lump-sum payment. A copy of the Preliminary Closing Disclosure and Mortgage Payoff Statement are attached hereto.

3.

The terms of the proposed loan are as follows:

Loan Amount: $247,500.00
Closing Costs: $8,784.63
Payoff of Existing Loan: $198,793.44
Payoff of Chapter 13 Case: $14,333.23
Interest Rate: 2.875%
Monthly P & I: $1,026.86
Estimated Escrow: $489.31
Length of Loan: 360 months
Estimated Cash at Closing: $25,588.70

4.

The loan proceeds will be sufficient to pay the remainder of debtor's case in full. Debtor has agreed to pay $500.00 to Trenton A. Grand as attorney fees for the handling of this motion to be paid at closing. The debtor elected to use Grand Title Company, LLC, as the settlement agent to close the proposed loan. Customary settlement fees are disclosed on the Preliminary Closing Disclosure.

WHEREFORE, debtor prays that this Motion to Incur Debt be granted, that debtor be authorized to borrow $247,500.00 on the terms and conditions set forth herein, that the remainder of debtor's case will be paid in full at closing, and that Trenton A. Grand be awarded $500.00 as attorney fees for the handling of this motion, and for such further relief as is just and equitable.

Respectfully Submitted:

**GRAND LAW FIRM, LLC**

/s/ Trenton A. Grand
Trenton A. Grand (21624)
10537 Kentshire Court, Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 769-1414
Attorney for the Debtor